UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD WARNELL RICHARDSON, JR.,

    Plaintiff,

v.                                              Case No. 3:25cv1057-MCR-HTC

UNKNOWN OFFICER #1, et al.,

    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated August 26, 2025. *See* ECF No. 11. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this Order.

2.  This case is DISMISSED WITHOUT PREJUDICE under this Court's inherent power for Richardson's failure to truthfully disclose his litigation history.

3.  The Clerk is directed to close the case file.

**DONE AND ORDERED** this 9th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**